United STATES DISTRICT COURT

STATE OF ALABAMA IN THE SOUTHERN DISTRICT

MOBILE

24-CV-130-TFM-N

MRS. WENDY M WILLIAMS

PLANTIFF

VS

Tik- Tok, Inc

Zhang Yiming

TIK TOK

DEFENDANT'S

*Correct on date 2020- 2024*

CASE NUMBER ASSIGN ONE

## COMPLAINT

Plaintiff, Mrs. Wendy M Williams, by and through undersigned counsel, brings this action against Tik Tok, Inc. ("Tik Tok "or "Defendant") for violations of constitutional rights, invasion of privacy, slander, and online defamation, and alleges as follows:

PARTIES

1. Plaintiff Mrs. Wendy M Williams is an individual residing in Mobile, Alabama.
2. Defendant Tik Tok, Inc is a corporation operating in the United States and providing telecommunications services.

JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C.$ 1331, as the claims asserted arise under federal law, including constitutional rights violations.
4. Venue is proper in this district under 28 U. S.C. $1391, as the events giving rise to the claims occurred within this district.

FACTUAL ALLEGATIONS



5. On 2030-2024 or longer, Tik Tok, Inc. engaged in hacking activities targeting Plaintiff's personal devices and accounts without authorization.
6. The unauthorized access to Plaintiff's devices and accounts by Tik Tok constitutes a violation of Plaintiff's constitutional rights including the Fourth Amendment protection against unreasonable searches and seizures.
7. Tik Tok actions constitute an invasion of Plaintiff's privacy by unlawfully obtaining and accessing private information.
8. Furthermore, Tik Tok, engaged in slander and defamation by spreading false and damaging statements about the Plaintiff's personal and professional reputation.
9. Special Damages (Economic Damages) In Defamation Lawsuits.

CLAIMS FOR RELIEF

Count 1: Violation of Constitutional Rights

10. Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 8.
11. T- Mobile's hacking activities constitute a violation of Plaintiff's Fourth Amendment rights against unreasonable searches and seizures
1. As, a direct and proximate result of Tik TOK, actions, Plaintiff has suffered damages, including but not limited to, reputational harm, and financial losses. Special Damages (Economic Damages) compensation for defamation-related out-of-pocket expenses online content removal and moving expenses. compensate plaintiffs for intangible losses like "pain and suffering."

Count ll: Invasion of Privacy

2. Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 8.
3. T- Mobile's unauthorized access to Plaintiff's personal information constitutes an invasion of privacy.
4. As a direct and proximate result of Tik Tok's invasion of privacy, Plaintiff has suffered damages, including but not limited to defamation, reputation harm, assault on character and loss of privacy.

Count iii: Slander and Defamation

5. Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 8.
6. Tik Tok engaged in slander and defamation by spreading false and damaging statements about the Plaintiff.
7. As a direct and proximate result of Tik Tok's slander and defamation, Plaintiff has suffered damages, including but not limited to reputation harm and other damages.
8. Punitive Damages.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in favor of Plaintiff and against Defendant as follows:

1. Compensatory damages for the harm suffered by Plaintiff as a result of Tik Tok's actions.
2. Punitive damages to deter Tik Tok's and others from engaging in similar conduct in the future.
3. Injunctive relief prohibiting Tik Tok, from further engaging in hacking, invasion of privacy, slander, or defamation against Plaintiff.
4. Attorney's fees and costs incurred in bringing this action ; and
5. Any other relief that this Court deems just and proper.
6. Punitive Damages.

JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully,
Mrs. Wendy M Williams
1730 Cayouga Avenue
Prichard, Alabama 36610
2514562042
Williamswendy338@gmail.com

April 18, 2024

Mrs. Wendy M. Williams (Holcombe)
1730 Cayouga Avenue
Prichard, Alabama 36610

MOBILE AL 366
19 APR 2024 PM 2



United States District Court
Southern District of Alabama
155 St. Joseph Street
Mobile, AL 36602

36602-368399