## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **WENDY M. WILLIAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIV. ACT. NO. 1:24-cv-130-TFM-N** |
| | ) | |
| **TIK TOK, INC.** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>MEMORANDUM OPINION AND ORDER</u>

On April 29, 2025, the Magistrate Judge entered a report and recommendation which recommends the entry of a prospective filing injunction against Plaintiff Wendy M. Williams due to her multiple frivolous filings in this Court.[1]  *See* Doc. 4.  No objections were filed though Plaintiff did subsequently file a motion to proceed *in forma pauperis*.  Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED**.  It is therefore **ORDERED** as follows:

1. Williams is **ENJOINED** from commencing any further civil actions in this Court unless the complaint or other commencing document is accompanied, **<u>at the time of filing</u>**, by either the full filing and administrative fees for instituting a civil action — currently $405 but as may be changed from time to time — or by a fully completed motion for leave to proceed in forma pauperis under 28 U.S.C. § 1915 that is on the Court's prescribed form, available on the Court's website (https://www.alsd.uscourts.gov/filing-without-attorney or on request to the Clerk of Court at no charge.

---

[1] At this point, the Court is aware of at least twenty filings since June 2023.

2. The Clerk of Court is directed to not open any new cases for Williams unless she has complied with the directive in paragraph 1. Any filings from Williams that do not so comply shall be held by the Clerk of Court without being made part of the Court record, and all accumulated filings shall be mailed back to her at her last known address on the first business day of each month.

3. This filing injunction does not apply to any petition for a writ of habeas corpus Williams may file, nor does it apply to any case she commences through licensed counsel.

This case is **REFERRED BACK** to the Magistrate Judge for further action as appropriate.

**DONE** and **ORDERED** this 31st day of July, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE